# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-269** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MAURICE LACKEY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 8th day of May, 2018, upon consideration of the motion (Doc. 24) to suppress evidence by defendant Maurice Lackey ("Lackey"), and further upon consideration of the court's scheduling order (Doc. 37), wherein the court ordered Lackey to file a brief in support of his motion on or before May 7, 2018, and the court observing that a hearing on defendant's motion is scheduled for Wednesday, May 16, 2018, and it appearing that Lackey has not filed a supporting brief to date, it is hereby ORDERED that:

1. Lackey shall file a brief in support of his motion as required by the Local Rules of Court for the Middle District of Pennsylvania, see LOCAL RULE OF COURT 7.5, on or before **Thursday, May 10, 2018** or Lackey's motion shall be deemed withdrawn.

2. The government shall file a brief responding to Lackey's motion on or before **Monday, May 14, 2018**.

                                               /S/ CHRISTOPHER C. CONNER
                                               Christopher C. Conner, Chief Judge
                                               United States District Court
                                               Middle District of Pennsylvania