# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 1:17-CR-269 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **MAURICE LACKEY**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of November, 2018, upon consideration of the motion (Doc. 24) to suppress evidence by defendant Maurice Lackey, and the parties' respective briefs in support of and opposition to said motion, (Docs. 51, 52), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion to suppress is DENIED.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania