# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 1:17-CR-269 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **MAURICE LACKEY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of December, 2019, upon consideration of the motion (Doc. 102) *in limine* filed by defendant Maurice Lackey ("Lackey"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Lackey's motion (Doc. 102) *in limine* is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED to the extent that photographs ("selfies" and photographs in front of a Cadillac Escalade) obtained from the seized iPhone, (Doc. 110, Exs. 6-12), and text messages sent to the seized iPhone in exhibits 17-25, (Doc. 110, Exs. 17-25), shall be inadmissible at trial.

    b. The motion is DENIED in all other respects, without prejudice to counsel's right to raise applicable and appropriate objections at trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania