# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:17-CR-269** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MAURICE LACKEY,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 2nd day of December, 2019, upon consideration of the motion (Doc. 121) *in limine* filed by defendant Maurice Lackey ("Lackey"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Lackey's motion (Doc. 121) *in limine* is GRANTED.

2. Evidence of Lackey's prior convictions identified in the government's notice (Doc. 114) shall be inadmissible at trial, without prejudice to counsel's right to seek its admission at trial.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania